**FILED**

Aug 14 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ SusanNyamanjiva          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO GARCIA,<br>  aka "Fonzo,"<br><br>Defendant. | Case No. ___'24 CR1670 RBM___<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Secs. 922(a)(1)(A), 923(a),<br>924(a)(1)(D) – Engaging in the<br>Business of Dealing Firearms Without<br>a License; Title 26, U.S.C.,<br>Sec. 5861(d) – Possession of an<br>Unregistered Firearm; Title 18,<br>U.S.C., Sec. 924(d)(1), Title 26,<br>U.S.C., Sec. 5872, and Title 28,<br>Sec. 2461(c) – Criminal Forfeiture |

The grand jury charges:

Count 1

Beginning no later than April 22, 2024, and continuing through July 23, 2024, within the Southern District of California, defendant ALFONSO GARCIA, aka "Fonzo," while not licensed as an importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

//

JRE:nlv:San Diego:8/14/24

Count 2

On April 22, 2024, within the Southern District of California, defendant ALFONSO GARCIA, aka "Fonzo," did knowingly possess a firearm, to wit: a non-serialized privately made rifle with a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d).

Count 3

On June 3, 2024, within the Southern District of California, defendant ALFONSO GARCIA, aka "Fonzo," did knowingly possess a firearm, to wit: a non-serialized privately made rifle with a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d).

Count 4

On June 27, 2024, within the Southern District of California, defendant ALFONSO GARCIA, aka "Fonzo," did knowingly possess a firearm, to wit: a non-serialized privately made rifle with a barrel of less than 16 inches in length, not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Section 5861(d).

FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 through 4 are realleged and incorporated as a part hereof for purposes of seeking forfeiture to the United States pursuant to Title 26, United States Code, Section 5872, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2

Upon conviction of one and more of the offenses alleged in Counts 1 through 4 of this Indictment, defendant ALFONSO GARCIA, aka "Fonzo," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses.

Upon conviction of one and more of the offenses alleged in Counts 2 through 4 of this Indictment defendant ALFONSO GARCIA, aka "Fonzo," shall forfeit to the United States, Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), all firearms involved in the offenses.

All pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c).

DATED: August 14, 2024.

A TRUE BILL:

TARA K. McGRATH
United States Attorney

By: _____
JAMES REDD
Assistant U.S. Attorney

3